# Exhibit A

## SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS

### PREAMBLE

This SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS is made effective this 08 day of December, 2016 by and between Dionisio Maldonao ("Maldonado") and Brother's B Painting Inc. located at 1565 Woodington circle suite 101 DE/caul GA 30039 and its owners, partners, shareholders, employees, agents, affiliates, and subsidiaries, and all their official, agents, directors officers, managers, supervisors, employees, agents, attorneys, insurers, representatives, successors and assigns (collectively referred to as "Brothers B.")

### WITNESSETH

WHEREAS, through counsel, Maldonado filed a Complaint against Brother's B alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq., involving matters arising and related to his association with Brother's B;

WHEREAS, Maldonado and Brother's B desire to resolve fully and finally all claims filed and allegations that can be released by this Settlement Agreement and Release, in an amicable manner without the difficulties and expenses involved in further litigations and disputations; It is further understood this agreement and release is not to be construed as an admission of liability on the part of Brothers B but that this agreement and release is in compromise and settlement of a claim which is not admitted but denied and disputed by Brothers B;

NOW THEREFORE, in consideration of the premises and promise contained herein, resolve all disputed claims and to finally and fully resolve issues between them, Maldonado and Brother's B agree as follows:

1. Brother's B agrees to tender the sum of **Eight Thousand Five Hundred Eighty-Four Dollars ($8,584.00)** which will be disburse as follow; one (1) check in the amount of $4,292.00, addressed to Maldonado by way of his counsel due **January 15, 2017**; a second (2) check in the amount of $4,292.00, addressed to Maldonado by way of his counsel due **February 15, 2017**, which sum represents and conclude settlement of all claims as brought forth in the filed Complaint, as well as any that could reasonably be known, arising on or before the effective date of this Settlement Agreement and Release of Claims which were raised or could have been raised in the filed Complaint or any properly Amended Complaint, following execution and return by Maldonado of this Settlement Agreement and Release of Claims. Accordingly, Brother's B agrees to tender the sum of **Two Thousand Nine Hundred Dollars ($2,900.00)** to Maldonado's counsel (with $1,450.00 due on January 15, 2017 and $1,450.00 due on February 15, 2017) made payable to Morgan & Morgan, P.A. for attorney's fees for all hours worked in the preparation and commencement of litigation of actionable claims to include filing the complaint, negotiation and the full settlement of all claims as put forth by Maldonado and any and all other fees incurred in connection with the filed complaint.

The apportionment of settlement funds will be provided to Maldonado's attorney for direct disbursal of funds to Maldonado for settlement amount. Maldonado agrees that he at all times remains liable for the tax treatment of all disbursed monies he and his counsel accord with this settlement.

This settlement represents full and complete satisfaction of the claims Maldonado alleged in his Complaint (including compensatory and punitive damages, exemplary damages, liquidated

## SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS

### PREAMBLE

This SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS is made effective this __08__ day of December 2016 by and between Dionisio Maldonao ("Maldonado") and Brother's B Painting Inc. located at_____ and its owners, partners, shareholders, employees, agents, affiliates, and subsidiaries, and all their official, agents, directors officers, managers, supervisors, employees, agents, attorneys, insurers, representatives, successors and assigns (collectively referred to as " Brothers B ").

### WITNESSETH

WHEREAS, through counsel, Maldonado filed a Complaint against Brother's B alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq., involving matters arising and related to his association with Brother's B;

WHEREAS, Maldonado and Brother's B desire to resolve fully and finally all claims filed and allegations that can be released by this Settlement Agreement and Release, in an amicable manner without the difficulties and expenses involved in further litigations and disputations; It is further understood this agreement and release is not to be construed as an admission of liability on the part of Brothers B but that this agreement and release is in compromise and settlement of a claim which is not admitted but denied and disputed by Brothers B;

NOW, THEREFORE, in consideration of the premises and promise contained herein, resolve all disputed claims and to finally and fully resolve issues between them, Maldonado and Brother's B agree as follows:

   1. Brother's B agrees to tender the sum of **Eight Thousand Five Hundred Eighty-Four Dollars ($8,584.00)** which will be disburse as follow, one (1) check in the amount of $4,292.00, addressed to Maldonado by way of his counsel due **January 15, 2017,** a second (2) check in the amount of $4,292.00, addressed to Maldonado by way of his counsel due **February 15, 2017,** which sum represents and conclude settlement of all claims as brought forth in the filed Complaint, as well as any that could reasonably be known, arising on or before the effective date of this Settlement Agreement and Release of Claims which were raised or could have been raised in the filed Complaint or any properly Amended Complaint, following execution and return by Maldonado of this Settlement Agreement and Release of Claims. Accordingly, Brother's B agrees to tender the sum of **Two Thousand Nine Hundred Dollars ($2,900.00)** to Maldonado's counsel (with $1,450.00 due on January 15, 2017 and $1,450.00 due on February 15, 2017) made payable to Morgan & Morgan, P.A., for attorney's fees for all hours worked in the preparation and commencement of litigation of actionable claims to include filing the complaint, negotiation and the full settlement of all claims as put forth by Maldonado and any and all other fees incurred in connection with the filed complaint.

   The apportionment of settlement funds will be provided to Maldonado's attorney for direct disbursal of funds to Maldonado for settlement amount. Maldonado agrees that he at all times remains liable for the tax treatment of all disbursed monies he and his counsel accord with this settlement.

   This settlement represents full and complete satisfaction of the claims Maldonado alleged in his Complaint (including compensatory and punitive damages, exemplary damages, liquidated

From: Servicios Multiples LLFax: (678) 666-2022    To: 4072453401@rcfax.com Fax: (407) 245-3401    Page 5 of 5  12/08/2016 3:36 PM

2016/12/08 12:03:18    4 /9

damages, expenses, costs and attorneys' fees). This Settlement Agreement and Release of Claims specifically releases all claims Maldonado may have arising under the Fair Labor Standards Act, 29 U.S. C. §201 et. Seq. It does not include any claims that legally cannot be released by this Settlement Agreement and Release of Claims. Maldonado acknowledges his FLSA claim has been paid in full.

2. In consideration of the forgoing, Maldonado fully and forever surrenders, releases, acquits and discharges Brother's B and all its current and former owners, partners, officers, officials, administrators, agents, attorneys, employees, liability insurers, successors and assigns, personally and in their individual and official capacities and any related entities of Brother's B, and/or entities owned or controlled by their owners, and all their subsidiaries, division, parents, holding or affiliated companies, and their respective current and former directors, officers, partners, administrators, agents, attorneys, liability insurers, managers, employees, successors and assigns, personally and in their individual and official capacities of and from any and all claims, charges, actions, causes of action, demands, rights, damages, debts, contracts, claims for costs or attorney's fees, expenses, compensation, punitive damages, and all losses, demands and damages of whatsoever nature or kind in law or in equity, that could reasonably be known, arising on or before the effective date of this Settlement Agreement and Release of Claims which were raised or could have been raised in the filed Complaint.

3. The parties' obligations to perform under this Settlement Agreement and Release of Claims are conditioned upon the other party's agreements and promises as set forth herein. The parties acknowledge that a breach of any such agreement or promise may be actionable in a court of competent jurisdiction and that the breaching party may be liable to the other party in damages and may further be subject to imposition of injunctive remedies to enforce the provisions of this Settlement Agreement and Release. In the event of a breach of terms both parties will make reasonable efforts in order to resolve any disputes, however, after seven (7) business days the parties are unable to find a resolution then additional fees and costs may shall apply in efforts to enforce the Settlement Agreement. The terms of this Settlement Agreement and Release of Claims shall not be construed in favor of one party over the other.

4. Maldonado represents and warrants that he has not assigned or sold, or in any way disposed of his claims to anyone and that he will save and hold Brother's B harmless of and from any claims, action, causes of action, demands, rights, damages, costs and expense, including attorney's fees, arising from a complete or partial assignment of the claims released.

5. Maldonado covenants and promises not to re-file in attempts to sue Brother's B and all its current and former owners, partners, officers, officials, administrators, agents, attorneys, employees, liability insurers, successors and assigns, personally and in their individual and official capacities and any related entities of Brother's B, and/or entities owned or controlled by their owners, and all their subsidiaries, division, parents, holding or affiliated companies, and their respective current and former directors, officers, partners, administrators, agents, attorneys, liability insurers, managers, employees, successors and assigns, personally and in their individual and official capacities of and from any and all claims, charges, actions, causes of action, demands, rights, damages, debts, contracts, claims for costs or attorney's fees, expenses, compensation, punitive damages, and all losses, demands and damages of whatsoever nature or kind in law or in equity, that could reasonable be known, arising on or before the effective date

Case 1:16-cv-03383-CAP Document 10-1 Filed 12/16/16 Page 5 of 6

From: Servicios Multiples LL Fax: (678) 666-2022    To: 4072453401@rcfax.con Fax: (407) 245-3401    Page 3 of 5  12/08/2016 3:36 PM
2016/12/08 12:03:18    5 /9

of this Settlement Agreement and Release of Claims which were raised or could have been raised in the filed Complaint or any properly Amended Complaint.

6. This Settlement Agreement and Release of Claims is the compromise of disputed claims and is not to be construed as an admission of liability on the part of Brother's B. Brother's B denies liability and enters into this settlement merely to avoid further costs and litigation. Maldonado is not in any legal sense a "prevailing party."

7. There are no collateral or outside agreements, promises or undertakings other than those expressly stated. This Settlement Agreement and Release of Claims set forth the entire agreement between the parties and fully supersede any and all prior agreements or understandings between the parties pertaining to the subject matter. This Settlement Agreement and Release of Claims may not be modified except in writing signed by all respective parties. This agreement is binding upon Maldonado and his heirs, administrators, executors, successors, and assigns and shall insure to the benefit of Brother's B and its owners, partners, administrators, liability insurers, agents, attorneys, officers, employees, successors and assigns, and any related entities, and any other subsidiaries, divisions, affiliated companies, corporations, and their respective directors, administrators, successors and assigns.

8. This Settlement Agreement and Release of Claims is made and entered into in the State of Georgia and shall in all respects be interpreted, enforced and governed under the laws of said state. This agreement was negotiated by counsel for the respective parties. This Settlement Agreement and Release shall not be construed with a presumption for or against Maldonado or Brother's B. Should any provision of this Settlement Agreement and Release of Claims be declared or be determined by any court to be illegal or invalid, the validity of the remaining parts, terms or provisions shall not be affected thereby, and said illegal or invalid part, term or provision shall be deemed not to be a part of this Settlement Agreement and Release of Claims. As used in this Settlement Agreement and Release, the singular or plural number shall be deemed to include the other whenever the context so indicates or requires.

9. The parties agree to refrain from making any negative comments or public unprivileged criticisms about one another and/or Brother's B employees, parents, subsidiaries, customers, officers, and agents, as applicable. They agree not to publish, orally or in writing, any unprivileged statement, comment, claim or matter that may harm, injure or damage the personal and/or business interests or reputation of the people and entities identified above. They agree that if they do not maintain at least a neutral position regarding Brother's B they will be responsible for paying all attorneys' fees and expenses incurred by the disparaged party in any prevailing provision.

**CONSULT WITH YOUR ATTORNEY**
**READ THIS AGREEMENT CAREFULLY BEFORE SIGNING.**
**THIS AGREEMENT INCLUDES A RELEASE OF CLAIMS**

_Dionisio Maldonado_  Date: 12/08/2016
Dionisio Maldonado

_[signature]_  Date: 12/9/2016
Agent, Brothers B Painting

3

Case 1:16-cv-03383-CAP   Document 10-1   Filed 12/16/16   Page 6 of 6

From: Servicios Multiples LLFax: (678) 666-2022    To: 4072453401@rcfax.con Fax: (407) 245-3401    Page 2 of 5  12/08/2016 3:36 PM

2016/12/08 12:03:18    6 /9

# Form W-9
(Rev. December 2014)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer Identification Number and Certification

Give Form to the requester. Do not send to the IRS.

**1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.**
Dionisio Maldonado Martinez

**2 Business name/disregarded entity name, if different from above**
Brother's B Painting Inc.

**3 Check appropriate box for federal tax classification; check only one of the following seven boxes:**
[X] Individual/sole proprietor or single-member LLC
[ ] C Corporation
[ ] S Corporation
[ ] Partnership
[ ] Trust/estate
[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶
[ ] Other (see instructions) ▶

**4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):**
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____
*Applies to accounts maintained outside the U.S.*

**5 Address (number, street, and apt. or suite no.)**
6721 Colchester Pl

Requester's name and address (optional)

**6 City, state, and ZIP code**
Norcross GA 30093

**7 List account number(s) here (optional)**

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

**Social security number:** 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

**or Employer identification number:** _____

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** Signature of U.S. person ▶ Dionisio Maldonado   Date ▶ 12/08/2016

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at www.irs.gov/fw9.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)

- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See What is FATCA reporting? on page 2 for further information.

Cat. No. 10231X    Form W-9 (Rev. 12-2014)