UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIONISIO MALDONADO, | |
| Applicant, | CIVIL ACTION NO. |
| v. | 1:16-CV-3383-CAP |
| BROTHERS B PAINTING, LLC, A GEORGIA LIMITED LIABILITY COMPANY, AND OMAR BETANCUR, INDIVIDUALLY | |
| Defendants. | |

## ORDER

This matter is before the court on the parties' joint motion for approval of settlement [Doc. No. 10]. The court, having reviewed the joint motion and memorandum of law in support thereof, finds as follows:

1. The joint motion for approval of settlement is GRANTED.

2. The court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the parties' settlement agreement [Doc. No. 10-1], are fair and reasonable under the circumstances; the settlement agreement is APPROVED.

3. This cause of action is hereby DISMISSED WITH PREJUDICE, with costs and fees to be paid pursuant to the terms of the settlement agreement.

The Court shall retain jurisdiction over the action to enforce the terms of the settlement agreement, if necessary.

**SO ORDERED** this  20th  day of December, 2016.

                                 /s/CHARLES A. PANNELL, JR.
                                 CHARLES A. PANNELL, JR.
                                 United States District Judge